PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
05 JAN 32 PM 3: 38
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Andrea Mary Buckanaga**

**Docket No. 0:00CR00165-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Andrea Mary Buckanaga** who was sentenced for Assault with a Dangerous Weapon on October 25, 2001, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol
- Mental health aftercare
- Pay $149.55 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Presently, Ms. Buckanaga's children are being voluntarily placed into foster homes. She is homeless and is temporarily residing in crisis shelters. As a back up plan, Ms. Buckanaga may need to be placed in a halfway house at Bethel Work Release in Duluth, Minnesota, in order to stabilize and re-transition back into the community.

Enclosed is a Probation Form 49, Hearing Waiver, signed by Ms. Buckanaga as well as a Probation Form 12, Petition, for Your Honor's signature should you concur with the recommended plan of action.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 120 days in a community corrections center (Bethel Work Release Program, Duluth, MN) as approved by the probation officer and shall observe the rules of that facility.

SCANNED
FEB - 1 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 1st day of February, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Matthew T. Whiting
U.S. Probation Officer

Executed on February 1, 2005
Place Duluth