Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Andrea Mary Buckanaga

Docket No. 0:00CR00165-1(JMR)

## HEARING WAIVER

I, Andrea Mary Buckanaga, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of up to 120 days in a community corrections center (Bethel Work Release Program, Duluth, MN) as directed by the probation officer, and shall observe the rules of that facility.

Signed: Andrea Buckanaga

Andrea Mary Buckanaga
Supervised Releasee

Dated: 2·1·05

Witness: [signature]

Matthew T. Whiting
U.S. Probation Officer

SCANNED
FEB - 1 2005
U.S. DISTRICT COURT MPLS