PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Andrea Mary Buckanaga**

**Docket No. 0:00CR00165-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Andrea Mary Buckanaga** who was sentenced for Assault with a Dangerous Weapon on October 25, 2001, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol
- Mental health aftercare
- Pay $149.55 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Buckanaga has been unable to secure a residence for herself while at the Bethel Work Release Program located in Duluth, Minnesota. Ms. Buckanaga may need additional time at the halfway house in order to secure a suitable home.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 60 days in a community corrections center (Bethel Work Release Program) as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 19th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Matthew T. Whiting
U.S. Probation Officer

Executed on May 18, 2005
Place Duluth

SCANNED
MAY 20 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission