**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Raymond L. Erickson |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 00-165(1)(JMR/RLE) |
| | ) | Date: September 29, 2005 |
| Andrea Mary Buckanaga, | ) | Court Reporter: |
| | ) | Tape Number: 05-58 |
| Defendant. | ) | Time Commenced: 11:30 a.m. |
| | | Time Concluded: 11:40 a.m. |
| | | Time in Court: 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: , Assistant U.S. Attorney
Defendant:
☐ FPD ☐ CJA ☐ Retained ☐ To be appointed
Interpreter / Language: /
Date Charges Filed: September 1, 2005 Offense: Violation of Probation
☐ Charges read into record ☐ Waived Reading of Charges ☐ Advised of Rights

on ☒ Petition on Supervised Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is Friday, September 30, 2005 at 11:30 a.m., Court Room No. 3, U.S. Courthouse, Duluth, Minnesota, before Chief U.S. Magistrate Judge Raymond L. Erickson for:
☒ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

Additional Information: Court advises defendant of her rights; Court finds defendant eligible for court-appointed counsel. The defendant will be held in the Douglas County Jail, Superiorm, Wisconsin.

After hearing, Lisa from the FPD's Office was notified of the hearing set for tomorrow.

s/Victoria L. Miller
Signature of Judicial Assistant