UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Andrea Mary Buckanaga,

Defendant. Crim. No. 00-165(1)(JMR/RLE)

* * * * * * * * * * * * * * * * * * * * * * * *

The Court has determined, provisionally, that the Defendant in the above-entitled case is financially unable to employ counsel, and directs the Federal Public Defender's Office to appoint a member of the Federal Public Defenders Panel to represent the Defendant.

BY THE COURT:

DATED: September 29, 2005

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE