# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Andrea Mary Buckanaga,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-165(1) JMR/RLE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Gary Bryant-Wolf, Attorney ID No. 129136, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: September 30, 2005

*s/Scott F. Tilsen*
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
Federal Public Defender’s Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858