**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Andrea Mary Buckanaga, )
)
Defendant. )

# COURT MINUTES - CRIMINAL

BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

Case No: Crim. 00-165 (JMR/RLE)
Date: September 30, 2005
Court Reporter:
Tape Number: 05-59
Time Commenced: 11:25 a.m.
Time Concluded: 11:35 a.m.
Time in Court: 0 Hours & 10Minutes

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det:

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES: Plaintiff: Thomas Hollenhorst, Assistant U.S. Attorney
Defendant: Gary R. Bryant-Wolf ☒ Appointed

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Defendant waived the preliminary hrg. Regarding detention, both counsel gave statements to the Court. The Court will take the matter under advisement and issue a written Order. Until an Order is issued, the defendant will remain in the custody of the U.S. Marshal.

s/Victoria L. Miller
Signature of Judicial Assistant