A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-165(1) JMR**

0541-0901-1566-D

Andrea Mary Buckanaga

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Andrea Mary Buckanaga

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

September 1, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9-28-05
ARRESTED BY USMS - Duluth
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS