**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Andrea Mary Buckanaga,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-165 JMR/RLE |
| Date: | December 16, 2005 |
| Court Reporter: | Julie Rixe, Shaddix |
| Time Commenced: | 2:13 p.m. |
| Time Concluded: | 2:28 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Gary Bryant-Wolf : CJA

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**.
: Defendant admits allegations.

## ORDERED:

: Defendant released on modified terms and conditions of supervised release. Defendant ordered to reside in VOA for 120 days. Supervised Release continued thereafter.
: Written order to be issued.

s/Heather Labat
Calendar Clerk