UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-165 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA MARY BUCKANAGA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REASSIGNMENT OF<br>CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-165 (JMR)

Defendant Name

Andrea Mary Buckanaga

Remove AUSA

James E. Lackner

Add AUSA

Clifford B. Wardlaw

Dated: May 25, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney