**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-165(1) JMR |
| | ) | Date: June 9, 2006 |
| Andrea Mary Buckanaga, | ) | Court Reporter: NA |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:15 p.m. |
| | | Time in Court: 5 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

## APPEARANCES:

Plaintiff: Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Scott Tilsen
☒ FPD ☒ To be appointed
Interpreter / Language: NA / English
Date Charges Filed: May 19, 2006 Offense: Supervised Release Violation
☒ Charges read into record ☒ Advised of Rights

on ☒ Supervised Release Violation

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is June 13, 2006 at 10:00 a.m. in Minneapolis 8E before U.S. Magistrate Judge Janie S. Mayeron for:
☒ detention hrg ☒ preliminary revocation hrg

Additional Information:

s/Shirley Hansen
Signature of Judicial Assistant