**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-165(1) (JMR) |
| | ) | Date: 6/13/06 |
| ANDREA MARY BUCKANAGA, | ) | Court Reporter: N/A |
| | ) | Tape Number: 1/278-447 |
| Defendant. | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded: 10:10 a.m. |
| | ) | Time in Court: 10 Minutes |

☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

APPEARANCES:

Plaintiff: Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Scott Tilsen, Assistant Federal Public Defender

On Violation of Supervised Release

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release

☒ Defendant Ordered Detained - Government to submit proposed Order

☒ Final Revocation Hearing before Chief Judge James M. Rosenbaum on June 26, 2006 at 2:00 p.m. in Mpls. Courtroom 15E

Additional Information:

s/TS
Law Clerk