A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JUN 12 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-165 (1) JMR**

Andrea Mary Buckanaga

6641-6519-6976-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Andrea Mary Buckanaga

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

G. Schneider

(By) G. Schneider, Deputy Clerk

May 19, 2006 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 6-8-06
ARRESTED BY Aitkin Count[illegible]
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
JUN 13 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04