UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-165 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION** |
| ANDREA MARY BUCKANAGA, Defendant. | ) | |

This matter came before the Court on June 13, 2006, for preliminary hearing and detention hearing on a supervised release violation warrant. The defendant was present and represented by her attorney Scott Tilsen, Assistant Federal Defender (Senior Status). The United States was represented by Assistant United States Attorney Clifford B. Wardlaw.

Defendant Andrea Mary Buckanaga is alleged to have violated the conditions of her supervised release by moving out of the Twin Cities and using mood altering substances. The defendant waived her right to a preliminary hearing and a detention hearing. As the defendant is on supervised release and she failed to rebut the presumption of detention the Court will order that the defendant be detained until a final revocation hearing can be held before Chief Judge James Rosenbaum. The defendant will be detained as a flight risk and a threat to public safety.

Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

3. Defendant shall be afforded reasonable opportunity to consult privately with her lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver her to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: June 16, 2006

*s/ Janie S. Mayeron*
Janie S. Mayeron
United States Magistrate Judge