**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Andrea Mary Buckanaga,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 00-165 JMR/RLE
Date: June 26, 2006
Court Reporter: Dawn Hansen
Time Commenced: 2:06 p.m.
Time Concluded: 2:17 p.m.
Time in Court: 11 Minutes

## APPEARANCES:

Plaintiff: Ann Anaya for Clifford Wardlaw, Assistant U.S. Attorney
Defendant: Scott Tilsen : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP until August 1, 2006. Supervised release shall be terminated upon release.
: Written order to be issued.

s/Heather Labat
Calendar Clerk